FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 5 2010

GREGORY C. LANGHAM,
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00562-MSK-KMT

SCOTT WILLIAM DEUTY,

    Plaintiff,
v.

HP (HEWLETT-PACKARD);
JESSICA SWANK; and
RON ROGERS,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

**ORDERED** that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 24th day of March, 2010.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00562-MSK-KMT

Scott W. Deuty
2313 E. Kechter Rd.
Ft. Collins, CO 80528

US Marshal Service
Service Clerk
Service forms for: HP (Hewlett-Packard), Jessica Swank, and Ron Rogers

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on HP (Hewlett-Packard), Jessica Swank, and Ron Rogers: AMENDED TITLE VII COMPLAINT FILED 03/17/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/25/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk