IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00562-MSK

SCOTT WILLIAM DEUTY,

    Plaintiff,

v.

HEWLETT-PACKARD CORPORATION, a corporation employing people in Colorado;
RON ROGERS, in his capacity as supervisor;
JESSICA SWANK, in her capacity as a human resources representative,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 29th day of March, 2010.

                                            BY THE COURT:

                                            Marcia S. Krieger
                                            United States District Judge