IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00562–WYD–KMT

SCOTT WILLIAM DEUTY,

    Plaintiff,

v.

HP (HEWLETT-PACKARD),
JESSICA SWANK, and
RON ROGERS,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's motion to amend his complaint. (Doc. No. 38, filed 10/14/2010.) Plaintiff failed to confer with Defendants before filing the present motion. The Tenth Circuit has cautioned that *pro se* litigants "must follow the same rules of procedure that govern other litigants." *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders."(citing cases)). The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed. D.C.COLO.LCivR 7.1A.; *see also Visor v. Sprint*, No. Civ.A. 96-K-1730, 1997 WL 796989, at *1 (D. Colo. Dec. 31, 1997). Plaintiff's motion to amend is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A.

Dated: October 14, 2010.