# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-00562-WYD-KMT        FTR - Courtroom C-201

**Date:** January 4, 2011                       Deputy Clerk,

SCOTT WILLIAM DEUTY,                            Pro Se

    Plaintiffs,

v.

HP (HEWLETT-PACKARD),                           Kathleen E. Craigmile
JESSICA SWANK, and
RON ROGERS,

    Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:51 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called on Defendant's Motion to Compel [Doc. No. 42, filed November 10, 2010].

It is **ORDERED**:   Defendant's Motion to Compel [42] is **GRANTED** with respect to Interrogatories No. 9 and No. 10, Requests for Production No. 10 and No. 11, and deposition questions for reasons stated on the record.

Written deposition questions which Plaintiff previously refused to answer will be sent to Plaintiff by January 13, 2011. Plaintiff will answer questions under oath and submit responses to Defendants on or before January 28, 2011.

Discovery cut-off will be extended to February 14, 2011 ONLY for purposes of completion of depositions by Plaintiff of Jim Zafarana, Bob Fredrickson, Heather Volesky, and Kristie Mann.  Plaintiff will comply with the Federal Rules of Civil Procedure concerning notice

and service.  The court will make available a room at the federal courthouse for conduct of the depositions upon notice by either party that the depositions will move forward.

Dispositive Motion deadline will be extended to March 21, 2011.

**Court in Recess: 12:12 a.m.**
Hearing concluded.
Total In-Court Time    01:21

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.