IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00562-WYD-KMT

SCOTT WILLIAM DEUTY,

 Plaintiff,

v.

HEWLETT-PACKARD CORPORATION, a corporation employing people in Colorado;
RON ROGERS, in his capacity as supervisor; and
JESSICA SWANK, in her capacity as a human resources representative,

 Defendants.

**ORDER**

  THIS MATTER is before the Court in connection with the Notice of Filing of Bankruptcy Proceeding by Plaintiff filed on January 3, 2012.  In the Notice, counsel for Defendants advises the Court that they received notice that Plaintiff filed a Voluntary Petition for relief pursuant to Chapter 7 of the United States Code in the United States Bankruptcy Court for the District of Colorado, Case No. 11-39423-SBB.  A copy of this Voluntary Petition is attached as Exhibit A to the Notice.

  Pursuant to the Title of the United States Code, 11 U.S.C. § 101 *et. seq.*, and in accordance with 11 U.S.C. § 362, all proceedings in the above-captioned matter must be stayed.  That is because the automatic stay provision stays, among other things, the "continuation. . . of a judicial. . . action or proceeding against the debtor" or any action "to recover a claim against the debtor" that arose before the commencement of

bankruptcy proceeding.  11 U.S.C. § 362(a)(1).  Since the bankruptcy proceeding may be pending for some time and could conceivably impact the pending motions, the pending motions are denied without prejudice.  The parties may, if they wish, refile their respective motion upon the termination of the bankruptcy proceeding or the automatic stay provision.

Accordingly, it is

ORDERED that Defendants' Motion to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) and 60(a) to Include April 6, 2011 Award of Attorney Fees filed July 6, 2011 (ECF No. 102) is **DENIED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Plaintiff's "Appeal Request to July 31 Order Affirming and Adopting Recommendation of United States Magistrate Judge" filed July 14, 2011 (ECF No. 103) is **DENIED WITHOUT PREJUDICE**.

Dated:  January 27, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge